UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Perry, *on behalf of* T.H.,     Case No. 16-cv-770

    Plaintiff

  v.     MEMORANDUM OPINION

Commissioner of Social Security,

    Defendant

Before me is the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. filed on June 15, 2017, in the above-entitled action. (Doc. No. 23). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen day period has elapsed and no objections have been filed.

The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation in its entirety as the Order of the Court. (Doc. No. 23). Accordingly, the ALJ's decision, supported by substantial evidence, is affirmed and Perry's complaint is dismissed. (Doc. No. 1).

So Ordered.

                                        s/ Jeffrey J. Helmick
                                        United States District Judge